```
MELINDA HAAG, SBN CA 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER KENNEY, SBN CA 241625
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (415) 977-8945
        Facsimile:  (415) 744-0134
        E-Mail: jennifer.a.kenney@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMNIT ARAYA KIDANE,  <br><br>    Plaintiff,  <br><br>    vs.  <br><br>CAROLYN W. COLVIN,  <br>Acting Commissioner of  <br>Social Security,  <br><br>    Defendant. | CIVIL NO. 3:14-CV-02045-VC  <br><br>STIPULATION AND ~~PROPOSED~~  <br>ORDER FOR A FIRST EXTENSION OF  <br>TIME OF THE BRIEFING SCHEDULE |

TO THE HONORABLE VINCE CHHABRIA, DISTRICT COURT JUDGE:

The parties, through their undersigned attorneys, and with the approval of the Court, stipulate to extend Defendant's time to file her opposition and counter-motion for summary judgment by thirty (30) days, from October 7, 2014 to November 6, 2014.  Defendant respectfully requests this first extension of time due to Defense counsel's exceptionally heavy workload at this time, including eleven Social Security cases with District Court filings due in October, a Ninth Circuit briefing due in October, as well as an active employment litigation case.  Plaintiff's time to reply to Defendant's opposition and counter-motion for summary judgment will be extended an additional thirty-two (32) days from November 20, 2014 until December 22, 2014 as Plaintiff's counsel has a trial scheduled to begin in San Francisco Superior Court on November 17, 2014.  This first extension of time will enable Defendant to fully

//

1

Stip. & Prop. Order for First Ext., 3:14-CV-02045-VC

consider and respond to the issues Plaintiff raised and for Plaintiff to reply to Defendant's contentions.

Respectfully submitted,

Date: October 3, 2014         /s/ *Ana L. Molleda
                              ANA L. MOLLEDA
                              (*authorized by email on Oct. 2, 2014)
                              Attorneys for Plaintiff

Date: October 3, 2014         MELINDA HAAG
                              United States Attorney

                         By:  /s/ Jennifer A. Kenney
                              JENNIFER A. KENNEY
                              Special Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: October 6, 2014

HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

2

Stip. & Prop. Order for First Ext., 3:14-CV-02045-VC